PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
KATHERINE WATSON, WA 51525
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (206) 615-2139
    E-Mail: Katherine.Watson@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA ROSE SEXSON,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 2:25-cv-01800-SCR<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [**~~PROPOSED~~**] ORDER** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision. The ALJ should reevaluate the medical opinions and prior administrative medical findings and articulate the consideration given to the supportability and consistency factors pursuant to 20 C.F.R. § 404.1520c; evaluate the opinion of Danielle Durkin, LMFT, pursuant to 20 C.F.R. § 404.1520c; further develop the record and incorporate any relevant additional evidence concerning claimant's Title XVI disability decision into the record;

and in accordance with 20 C.F.R. § 404.950(f), either adopt the relevant disability findings related to the claimant's Title XVI decision or explain the reasons why they were wrong. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: October 24, 2025         /s/ Margaret Lehrkind*
                                MARGARET LEHRKIND
                                Attorney for Plaintiff
                                *Authorized via e-mail on Oct 23, 2025

                                PHILLIP A. TALBERT
                                United States Attorney
                                MATHEW W. PILE
                                Associate General Counsel
                                Social Security Administration

                        By:     /s/ Katherine B. Watson
                                KATHERINE B. WATSON
                                Special Assistant United States Attorney

                                Attorneys for Defendant

# [~~PROPOSED~~] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

DATED: October 24, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND